1466

## MOTION DOCKET

**93–2371.** 155 N. High, Ltd. v. Cincinnati Ins. Co. *Franklin County*, No. 93AP–45. On motion to seal appellee's merit brief. Motion denied.

WRIGHT and RESNICK, JJ., dissent.

On motion for leave to file substitute brief. Motion granted.

**94–1571.** Greene Metro. Hous. Auth. v. Newsome. *Greene County*, No. 93–CA–84. On motion to withdraw as counsel for appellant by William Washington. Motion granted.

**94–1831.** State ex rel. Heck v. Kessler. In Mandamus and Prohibition. On motion to dismiss. Motion denied and alternative writs granted.

WRIGHT and PFEIFER, JJ., dissent.

**94–1897.** Brecksville v. Cook. *Cuyahoga County*, No. 65766. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issues stated in the speedy-trial assignment of error discussed in the court of appeals' opinion of August 22, 1994, beginning at page 4.

**94–1961.** State v. Jones. *Cuyahoga County*, No. 53365. On motion for leave to file delayed appeal. Motion denied.

**94–1969.** State v. Scales. *Hamilton County*, No. C–910513. On motion for leave to file delayed appeal. Motion denied.